# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| National Liability & Fire Insurance Company, | )<br>)<br>) |
| Plaintiff, | **ORDER FOR STATUS CONFERENCE** |
| vs. | )<br>) |
| YR Transport, Inc., | )<br>) Case No. 1:19-cv-089 |
| Defendant. | ) |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on October 1, 2020, at 1:30 p.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 18th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court